TO: Honorable Judge Kristen L. Mix

Honorable Judge Mix,

Your Honor, I was arrested around 7/1/22. My #1800.00 Falcone 2 E-Bike was impounded at the time. My Falcone 2 pro E-Bike was to be released upon resolution of this case, giving me 6 months from resolution date. Denver Police Dept Bycycle stole my Bike & Told my Denver Public Defender Samantha Harris That they auctioned my Falcone 2 pro E-Bike. This is Nonesense. I Believe That a Denver Police impound officer stole my Bike!

Here's the kicker The Resolution Court Date is 6/7/2023, which would Have given me til 12/7/2023 to pick up my Falcone 2 pro E-Bike.

I paid cost in the amount of $2450.00 to Evan Allan Bennette for all amerroies.

My Bike Had less then 100 mile's riddin on it, it was Brand New.

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO
JUN 07 2023
JEFFREY P. COLWELL
CLERK

Stephen Eddy Guerra, Plaintiff

V.S.

Denver Police Dept Bicycle impound
1566 North Washington St
Denver, Co 80203     Defendants.

```
                              Denver County Jail
                   ================================================
                              Resident Account Summary
                           Friday, June 02, 2023  @12:23

 ===============================================================
 For DPD Number: 0000361908    GUERRA, STEPHEN EDDY
 ---------------------------------------------------------------
    Date    Transaction   Description           Amount   Balance    Owed    Held    Balance
 ---------------------------------------------------------------
 05/23/2023 <MEDICAL>     KITE 17595552          -0.01     0.00     6.99    0.00    05/23/2023
 05/23/2023 MEDICAL       KITE 17595552           7.00     0.01     7.00    0.00    05/23/2023
 05/16/2023 PAK BOTH      RCVD IND PAK 5/15- 1X30 D  0.00   0.01     0.00    0.00    05/16/2023
 05/12/2023 EPR           OID:100728131-ComisaryPur -0.20   0.01     0.00    0.00    05/12/2023
 04/28/2023 EPR           OID:100726516-ComisaryPur -0.38   0.21     0.00    0.00    04/28/2023
 04/14/2023 PHONE PURCH.  PHONE TIME PURCHASE    -5.00     0.59     0.00    0.00    04/14/2023
 04/14/2023 PHONE PURCH.  PHONE TIME PURCHASE   -10.00     5.59     0.00    0.00    04/14/2023
 04/14/2023 PHONE PURCH.  PHONE TIME PURCHASE   -10.00    15.59     0.00    0.00    04/14/2023
 04/14/2023 EPR           OID:100725051-ComisaryPur -174.61 25.59    0.00    0.00    04/14/2023
 04/12/2023 PHONE PURCH.  PHONE TIME PURCHASE   -40.00   200.20     0.00    0.00    04/12/2023
 04/12/2023 PHONE PURCH.  PHONE TIME PURCHASE   -30.00   240.20     0.00    0.00    04/12/2023
 04/12/2023 PHONE PURCH.  PHONE TIME PURCHASE   -20.00   270.20     0.00    0.00    04/12/2023
 04/12/2023 PHONE PURCH.  PHONE TIME PURCHASE   -10.00   290.20     0.00    0.00    04/12/2023
 04/12/2023 SECUREDEPOS   103009398 Bennett Evin Al. 300.00 300.20   0.00    0.00    04/12/2023
 04/07/2023 EPR           OID:100724198-ComisaryPur -29.80   0.20    0.00    0.00    04/07/2023
 04/06/2023 PHONE PURCH.  PHONE TIME PURCHASE    -3.00    30.00     0.00    0.00    04/06/2023
 04/05/2023 <MEDICAL>     Payment for MEDICAL on 20 -7.00  33.00    0.00    0.00    04/05/2023
 04/05/2023 SECUREDEPOS   101979577 Bennett Evin Al 40.00  40.00    7.00    0.00    04/05/2023
 03/24/2023 MEDICAL       KITE 17558377           7.00     0.00     7.00    0.00    03/24/2023
 03/23/2023 PHONE PURCH.  PHONE TIME PURCHASE    -4.00     0.00     0.00    0.00    03/23/2023
 03/17/2023 BOOKING DEP   BOOKING DEPOSIT         4.00     4.00     0.00    0.00    03/17/2023
 10/16/2022 ZERO RELEAS   RELEASE TRANSACTION     0.00     0.00     0.00    0.00    10/16/2022
 09/22/2022 MEDICAL WO    Write-off Payment for 'ME -7.00  0.00     0.00    0.00    09/22/2022
 09/22/2022 WRITEOFF DE   Write-off Deposit for 'ME  7.00  7.00     7.00    0.00    09/22/2022
 09/21/2022 ZERO RELEAS   RELEASE TRANSACTION     0.00     0.00     7.00    0.00    09/21/2022
 09/14/2022 MEDICAL       KITE 17 535531          7.00     0.00     7.00    0.00    09/14/2022
 08/08/2022 MEDICAL WO    Write-off Payment for 'ME -2.50  0.00     0.00    0.00    08/08/2022
 08/08/2022 WRITEOFF DE   Write-off Deposit for 'ME  2.50  2.50     2.50    0.00    08/08/2022
 08/08/2022 ZERO RELEAS   RELEASE TRANSACTION     0.00     0.00     2.50    0.00    08/08/2022
 08/02/2022 <MEDICAL>     KITE 17 239805         -4.50     0.00     2.50    0.00    08/02/2022
 08/02/2022 MEDICAL       KITE 17 239805          7.00     4.50     7.00    0.00    08/02/2022
 07/30/2022 BOOKING DEP   BOOKING DEPOSIT         4.50     4.50     0.00    0.00    07/30/2022
 05/25/2022 WITHDRAW CH   RELEASE OR CLOSEOUT TRANS -41.20  0.00    0.00    0.00    05/25/2022
 05/20/2022 BOOKING DEP   BOOKING DEPOSIT        41.00    41.20     0.00    0.00    05/20/2022
 05/10/2022 ERF           OID:100680624-ComisaryRef  0.20   0.20    0.00    0.00    05/10/2022
 05/05/2022 WITHDRAW CH   RELEASE OR CLOSEOUT TRANS -0.01   0.00    0.00    0.00    05/05/2022
 05/05/2022 EPR           OID:100680624-ComisaryPur -0.20   0.01    0.00    0.00    05/05/2022
 04/28/2022 EPR           OID:100679716-ComisaryPur -46.92  0.21    0.00    0.00    04/28/2022
 04/23/2022 SECUREDEPOS   76958227 GUERRA JAMES  47.00    47.13     0.00    0.00    04/23/2022
 04/14/2022 EPR           OID:100678042-ComisaryPur -49.93  0.13    0.00    0.00    04/14/2022
 04/11/2022 SECUREDEPOS   73039493 Bennett Evin All 50.00  50.06    0.00    0.00    04/11/2022
 04/07/2022 EPR           OID:100677132-ComisaryPur -50.02  0.06    0.00    0.00    04/07/2022
 04/02/2022 SECUREDEPOS   78393879 Bennett Evin All 50.00  50.08    0.00    0.00    04/02/2022
 03/17/2022 EPR           OID:100674341-ComisaryPur -15.00  0.08    0.00    0.00    03/17/2022
 03/10/2022 EPR           OID:100673924-ComisaryPur -140.43 15.08   0.00    0.00    03/10/2022
 03/08/2022 SECUREDEPOS   70090929 Bennett Evin All 150.00 155.51   0.00    0.00    03/08/2022
 03/07/2022 BOOKING DEP   BOOKING DEPOSIT         5.51     5.51     0.00    0.00    03/07/2022
 01/13/2022 MEDICAL WO    Write-off Payment for 'ME -2.00  0.00     0.00    0.00    01/13/2022
 01/13/2022 WRITEOFF DE   Write-off Deposit for 'ME  2.00  2.00     2.00    0.00    01/13/2022
 01/13/2022 ZERO RELEAS   RELEASE TRANSACTION     0.00     0.00     2.00    0.00    01/13/2022
 01/13/2022 <MEDICAL>     Payment for MEDICAL on 20 -4.62  0.00     2.00    0.00    01/13/2022
 01/13/2022 ERF           OID:100665796-ComisaryRef  4.62   4.62    6.62    0.00    01/13/2022
 01/10/2022 <MEDICAL>     KITE 17 465334         -0.38     0.00     6.62    0.00    01/10/2022
 01/10/2022 MEDICAL       KITE 17 465334          7.00     0.38     7.00    0.00    01/10/2022
 01/06/2022 EPR           OID:100665796-ComisaryPur -4.62   0.38    0.00    0.00    01/06/2022
 01/02/2022 BOOKING DEP   BOOKING DEPOSIT         5.00     5.00     0.00    0.00    01/02/2022
 11/12/2020 WITHDRAW CH   RELEASE OR CLOSEOUT TRANS -12.32  0.00    0.00    0.00    11/12/2020
 11/10/2020 WITHDRAW CH   M.O.B                 -25.00    12.32     0.00    0.00    11/10/2020
 ---------------------------------------------------------------
                              Page 1
```

**THIS IS A TRUE AND CERTIFIED COPY OF A DENVER SHERIFF DEPARTMENT RECORD**

APPROVED BY DS Byrd
ID # S16067
DATE 6/2/2023

**RETURN TO INMATE**

```
                                     Denver County Jail
                  ====================================================
                                  Resident Account Summary
                               Friday, June 02, 2023  @12:23

   =========================================================================
For DPD Number: 0000361908     GUERRA, STEPHEN EDDY
---------------------------------------------------------------------------------
   Date      Transaction Description            Amount    Balance    Owed     Held    Reference
---------------------------------------------------------------------------------
11/09/2020 EPR          OID:100613353-ComisaryPur(   -29.52     37.32     0.00     0.00    11/09/2020
11/04/2020 DEPOSIT CAS  BI                            61.58     66.84     0.00     0.00    11/04/2020
11/04/2020 PROCESSING   ResMerge Service Initial (    0.00      5.26     0.00     0.00    11/04/2020
10/26/2020 ERF          OID:100611366-ComisaryRef     5.26      5.26     0.00     0.00    10/26/2020
10/23/2020 WITHDRAW CH  RELEASE OR CLOSEOUT TRANSA  -125.29      0.00     0.00     0.00    10/23/2020
10/23/2020 SECUREDEPOS  42725206 Montano David       125.00    125.29     0.00     0.00    10/23/2020
10/23/2020 EPR          OID:100611366-ComisaryPur(    -5.26      0.29     0.00     0.00    10/23/2020
10/09/2020 EPR          OID:100609643-ComisaryPur(  -104.02      5.55     0.00     0.00    10/09/2020
10/08/2020 SECUREDEPOS  46607621 guerra james        30.00    109.57     0.00     0.00    10/08/2020
10/02/2020 EPR          OID:100608848-ComisaryPur(   -98.87     79.57     0.00     0.00    10/02/2020
10/02/2020 <MEDICAL>    MED KITE #17 329698           -7.00    178.44     0.00     0.00    10/02/2020
10/02/2020 MEDICAL      MED KITE #17 329698            7.00    185.44     7.00     0.00    10/02/2020
09/30/2020 ERF          OID:100608024-ComisaryRef     2.01    185.44     0.00     0.00    09/30/2020
09/25/2020 SECUREDEPOS  45762517 Montano David       160.00    183.43     0.00     0.00    09/25/2020
09/25/2020 EPR          OID:100608024-ComisaryPur(   -68.94     23.43     0.00     0.00    09/25/2020
09/22/2020 SECUREDEPOS  48356655 guerra james        50.00     92.37     0.00     0.00    09/22/2020
09/18/2020 EPR          OID:100607384-ComisaryPur(   -52.50     42.37     0.00     0.00    09/18/2020
09/11/2020 EPR          OID:100606552-ComisaryPur(  -105.39     94.87     0.00     0.00    09/11/2020
09/10/2020 SECUREDEPOS  43608146 Montano David       200.00    200.26     0.00     0.00    09/10/2020
09/04/2020 EPR          OID:100605750-ComisaryPur(  -119.15      0.26     0.00     0.00    09/04/2020
09/02/2020 <NOTARY>     NOTARY (X2)                   -4.00    119.41     0.00     0.00    09/02/2020
09/02/2020 NOTARY       NOTARY (X2)                    4.00    123.41     4.00     0.00    09/02/2020
08/28/2020 EPR          OID:100605079-ComisaryPur(  -137.67    123.41     0.00     0.00    08/28/2020
08/27/2020 SECUREDEPOS  46844239 Montano David       260.00    261.08     0.00     0.00    08/27/2020
08/21/2020 EPR          OID:100604336-ComisaryPur(   -68.77      1.08     0.00     0.00    08/21/2020
08/20/2020 SECUREDEPOS  42446922 Montano David       50.00     69.85     0.00     0.00    08/20/2020
08/14/2020 EPR          OID:100603658-ComisaryPur(   -45.76     19.85     0.00     0.00    08/14/2020
08/07/2020 EPR          OID:100603023-ComisaryPur(   -64.43     65.61     0.00     0.00    08/07/2020
08/04/2020 SECUREDEPOS  42317692 Montano David       130.00    130.04     0.00     0.00    08/04/2020
07/31/2020 EPR          OID:100602457-ComisaryPur(   -65.69      0.04     0.00     0.00    07/31/2020
07/23/2020 EPR          OID:100601961-ComisaryPur(   -55.61     65.73     0.00     0.00    07/23/2020
07/17/2020 EPR          OID:100601291-ComisaryPur(   -40.88    121.34     0.00     0.00    07/17/2020
07/10/2020 EPR          OID:100600744-ComisaryPur(   -38.00    162.22     0.00     0.00    07/10/2020
07/07/2020 SECUREDEPOS  42416601 Montano David       200.00    200.22     0.00     0.00    07/07/2020
07/03/2020 EPR          OID:100600135-ComisaryPur(   -50.12      0.22     0.00     0.00    07/03/2020
07/01/2020 WITHDRAW CH  MOB                          -50.00     50.34     0.00     0.00    07/01/2020
06/26/2020 SECUREDEPOS  45856329 Montano David       100.00    100.34     0.00     0.00    06/26/2020
06/26/2020 EPR          OID:100599576-ComisaryPur(   -20.00      0.34     0.00     0.00    06/26/2020
06/19/2020 EPR          OID:100599018-ComisaryPur(   -96.05     20.34     0.00     0.00    06/19/2020
06/14/2020 <NOTARY>     Payment for NOTARY on 202(    -0.61    116.39     0.00     0.00    06/14/2020
06/14/2020 SECUREDEPOS  48078562 MONTANO DAVID       117.00    117.00     0.61     0.00    06/14/2020
06/09/2020 <NOTARY>     NOTARY (X2)                   -3.39      0.00     0.61     0.00    06/09/2020
06/09/2020 NOTARY       NOTARY (X2)                    4.00      3.39     4.00     0.00    06/09/2020
06/05/2020 EPR          OID:100597783-ComisaryPur(   -94.58      3.39     0.00     0.00    06/05/2020
05/25/2020 EPR          OID:100597048-ComisaryPur(  -102.34     97.97     0.00     0.00    05/25/2020
05/24/2020 SECUREDEPOS  32071187 Montano David P     200.00    200.31     0.00     0.00    05/24/2020
05/18/2020 PAK 1        30 DAYS FROM 5/11 IF ELIG     0.00      0.31     0.00     0.00    05/18/2020
05/02/2020 DEPOSIT CAS  BOOKIN                         0.31      0.31     0.00     0.00    05/02/2020
05/02/2020 PROCESSING   ResMerge Service Initial (    0.00      0.00     0.00     0.00    05/02/2020
12/17/2019 ZERO RELEAS  RELEASE TRANSACTION            0.00      0.00     0.00     0.00    12/17/2019
12/16/2019 DEPOSIT CAS  BI                             0.00      0.00     0.00     0.00    12/16/2019
12/16/2019 PROCESSING   ResMerge Service Initial (    0.00      0.00     0.00     0.00    12/16/2019
06/17/2017 PROCESS FEE  Write-off Payment for 'PR(   -27.00      0.00     0.00     0.00    06/17/2017
06/17/2017 WRITEOFF DE  Write-off Deposit for 'PR(    27.00     27.00    27.00     0.00    06/17/2017
06/17/2017 ZERO RELEAS  RELEASE TRANSACTION            0.00      0.00    27.00     0.00    06/17/2017
06/10/2017 <PROCESS FE  Payment for PROCESSING FEI    -3.00      0.00    27.00     0.00    06/10/2017
06/10/2017 DEPOSIT CAS  BI                             3.00      3.00    30.00     0.00    06/10/2017
06/10/2017 PROCESSING   ResMerge Service Initial (   30.00      0.00    30.00     0.00    06/10/2017
---------------------------------------------------------------------------------
                                          Page 2
```

```
                                Denver County Jail
            ================================================================
                               Resident Account Summary
                             Friday, June 02, 2023  @12:23
            ================================================================
For DPD Number: 0000361908    GUERRA, STEPHEN EDDY
--------------------------------------------------------------------------------
  Date       Transaction  Description              Amount    Balance    Owed     Held    Reference
--------------------------------------------------------------------------------
05/13/2017  PROCESS FEE   Write-off Payment for 'PR(  -30.00     0.00     0.00    0.00   05/13/2017
05/13/2017  WRITEOFF DE   Write-off Deposit for 'PR(   30.00    30.00    30.00    0.00   05/13/2017
05/08/2017  DEPOSIT CAS   BI                            0.00     0.00    30.00    0.00   05/08/2017
05/07/2017  PROCESSING    ResMerge Service Initial (   30.00     0.00    30.00    0.00   05/07/2017
04/26/2016  PROCESS FEE   Write-off Payment for 'PR(   -9.00     0.00     0.00    0.00   04/26/2016
04/26/2016  WRITEOFF DE   Write-off Deposit for 'PR(    9.00     9.00     9.00    0.00   04/26/2016
04/26/2016  ZERO RELEAS   RELEASE TRANSACTION           0.00     0.00     9.00    0.00   04/26/2016
04/21/2016  <PROCESS FE   Payment for PROCESSING FE   -21.00     0.00     9.00    0.00   04/21/2016
04/21/2016  DEPOSIT CAS   BI                           21.00    21.00    30.00    0.00   04/21/2016
04/21/2016  PROCESSING    ResMerge Service Initial (   30.00     0.00    30.00    0.00   04/21/2016
06/27/2012  WITHDRAW CH   RELEASE 0000361908         -207.00     0.00     0.00    0.00   06/27/2012
06/22/2012  EPR           OID:100248798-ComisaryPur(  -66.25   207.00     0.00    0.00   06/22/2012
06/15/2012  SECUREDEPOS   2007413398018614049 ROWAN  187.00   273.25     0.00    0.00   06/15/2012
06/15/2012  EPR           OID:100247940-ComisaryPur(  -96.60    86.25     0.00    0.00   06/15/2012
06/11/2012  DEPOSIT WU    W/U 5703563120 DELOUISE J    75.00   182.85     0.00    0.00   06/11/2012
06/08/2012  EPR           OID:100247086-ComisaryPur( -111.40   107.85     0.00    0.00   06/08/2012
06/01/2012  EPR           OID:100246252-ComisaryPur( -104.17   219.25     0.00    0.00   06/01/2012
05/29/2012  DEPOSIT WU    W/U 5844603950 DELOUISE J    75.00   323.42     0.00    0.00   05/29/2012
05/25/2012  EPR           OID:100245476-ComisaryPur( -108.17   248.42     0.00    0.00   05/25/2012
05/24/2012  SECUREDEPOS   2007413378808912428 BLAKE  112.00   356.59     0.00    0.00   05/24/2012
05/18/2012  EPR           OID:100244675-ComisaryPur( -105.65   244.59     0.00    0.00   05/18/2012
05/14/2012  ERF           OID:100243898-ComisaryRef     4.60   350.24     0.00    0.00   05/14/2012
05/14/2012  DEPOSIT WU    W/U 6053555577 DELOUISE J    75.00   345.64     0.00    0.00   05/14/2012
05/12/2012  SECUREDEPOS   2007413368531438569 CHRIS  102.00   270.64     0.00    0.00   05/12/2012
05/11/2012  EPR           OID:100243898-ComisaryPur(  -76.85   168.64     0.00    0.00   05/11/2012
05/04/2012  EPR           OID:100243040-ComisaryPur(  -85.80   245.49     0.00    0.00   05/04/2012
04/30/2012  DEPOSIT WU    W/U 0483322110 DELOUISE J    75.00   331.29     0.00    0.00   04/30/2012
04/27/2012  EPR           OID:100242250-ComisaryPur(  -87.85   256.29     0.00    0.00   04/27/2012
04/26/2012  SECUREDEPOS   2007413354954068450 BLAKE   77.00   344.14     0.00    0.00   04/26/2012
04/21/2012  SECUREDEPOS   2008013350390065390 BLAKE   52.00   267.14     0.00    0.00   04/21/2012
04/20/2012  EPR           OID:100241439-ComisaryPur(  -53.25   215.14     0.00    0.00   04/20/2012
04/16/2012  DEPOSIT WU    W/U 7268666140 DELOUISE J   125.00   268.39     0.00    0.00   04/16/2012
04/13/2012  EPR           OID:100240615-ComisaryPur(  -50.82   143.39     0.00    0.00   04/13/2012
04/06/2012  EPR           OID:100239760-ComisaryPur(  -79.78   194.21     0.00    0.00   04/06/2012
04/03/2012  SECUREDEPOS   2007413334805575170 BLAKE  197.00   273.99     0.00    0.00   04/03/2012
04/02/2012  DEPOSIT WU    W/U 2486226642 DELOUISE J    75.00    76.99     0.00    0.00   04/02/2012
03/30/2012  WITHDRAW CH   M/R GUERRA TO KOKINS       -100.00     1.99     0.00    0.00   03/30/2012
03/30/2012  EPR           OID:100238906-ComisaryPur(  -99.40   101.99     0.00    0.00   03/30/2012
03/27/2012  WITHDRAW CH   M/R GUERRA TO KOKINS       -100.00   201.39     0.00    0.00   03/27/2012
03/26/2012  DEPOSIT WU    W/U 5564793829 DELOUISE J    50.00   301.39     0.00    0.00   03/26/2012
03/23/2012  EPR           OID:100238073-ComisaryPur(  -73.98   251.39     0.00    0.00   03/23/2012
03/19/2012  DEPOSIT WU    W/U 2844118602 DELOUISE J    25.00   325.37     0.00    0.00   03/19/2012
03/16/2012  EPR           OID:100237210-ComisaryPur(  -68.28   300.37     0.00    0.00   03/16/2012
03/12/2012  SECUREDEPOS   2007413315840495125 BLAKE  132.00   368.65     0.00    0.00   03/12/2012
03/12/2012  DEPOSIT WU    W/U 3667890484 DELOUISE J    40.00   236.65     0.00    0.00   03/12/2012
03/09/2012  EPR           OID:100236384-ComisaryPur(  -90.53   196.65     0.00    0.00   03/09/2012
03/04/2012  SECUREDEPOS   2007413309033371043O BLAK  287.00   287.18     0.00    0.00   03/04/2012
03/02/2012  EPR           OID:100235581-ComisaryPur(  -20.08     0.18     0.00    0.00   03/02/2012
02/29/2012  <PROCESS FE   Payment for PROCESSING FE   -30.00    20.26     0.00    0.00   02/29/2012
02/29/2012  DEPOSIT WU    W/U 5153837287 DELOUISE J    50.00    50.26    30.00    0.00   02/29/2012
02/24/2012  EPR           OID:100234841-ComisaryPur(  -35.84     0.26    30.00    0.00   02/24/2012
02/17/2012  EPR           OID:100233858-ComisaryPur(  -96.65    36.10    30.00    0.00   02/17/2012
02/10/2012  EPR           OID:100233144-ComisaryPur(  -40.25   132.75    30.00    0.00   02/10/2012
02/07/2012  <PROCESS FE   Payment for PROCESSING FE   -30.00   173.00    30.00    0.00   02/07/2012
02/07/2012  DEPOSIT CAS   BI                          203.00   203.00    60.00    0.00   02/07/2012
02/07/2012  PROCESSING    ResMerge Service Initial (   30.00     0.00    60.00    0.00   02/07/2012
02/05/2011  ZERO RELEAS   RELEASE TRANSACTION           0.00     0.00    30.00    0.00   02/05/2011
02/04/2011  DEPOSIT CAS   B/I                           0.00     0.00    30.00    0.00   02/04/2011
--------------------------------------------------------------------------------
                                      Page 3
```

```
                              Denver County Jail

                            Resident Account Summary
                          Friday, June 02, 2023  @12:23
```

For DPD Number: 0000361908     GUERRA, STEPHEN EDDY

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 02/04/2011 | PROCESSING | ResMerge Service Initial ( | 30.00 | 0.00 | 30.00 | 0.00 | 02/04/2011 |
| 01/26/2008 | WITHDRAW CH | RELEASE 0361908 | -0.22 | 0.00 | 0.00 | 0.00 | 01/26/2008 |
| 01/23/2008 | EPR | OID:100061325-ComisaryPur( | -15.75 | 0.22 | 0.00 | 0.00 | 01/23/2008 |
| 01/16/2008 | EPR | OID:100060338-ComisaryPur( | -63.00 | 15.97 | 0.00 | 0.00 | 01/16/2008 |
| 01/14/2008 | DEPOSIT WU | WESTERN UNION 4525056179 | 40.00 | 78.97 | 0.00 | 0.00 | 01/14/2008 |
| 01/09/2008 | EPR | OID:100059422-ComisaryPur( | -46.00 | 38.97 | 0.00 | 0.00 | 01/09/2008 |
| 01/02/2008 | EPR | OID:100058480-ComisaryPur( | -76.55 | 84.97 | 0.00 | 0.00 | 01/02/2008 |
| 12/31/2007 | DEPOSIT WU | 9759797069 W/U | 100.00 | 161.52 | 0.00 | 0.00 | 12/31/2007 |
| 12/28/2007 | DEPOSIT WU | WESTERN UNION 3159787370 | 60.00 | 61.52 | 0.00 | 0.00 | 12/28/2007 |
| 12/26/2007 | EPR | OID:100057608-ComisaryPur( | -48.54 | 1.52 | 0.00 | 0.00 | 12/26/2007 |
| 12/21/2007 | DEPOSIT WU | WESTERN UNION 8052376431 | 50.00 | 50.06 | 0.00 | 0.00 | 12/21/2007 |
| 12/19/2007 | EPR | OID:100056775-ComisaryPur( | -35.60 | 0.06 | 0.00 | 0.00 | 12/19/2007 |
| 12/12/2007 | EPR | OID:100055854-ComisaryPur( | -71.75 | 35.66 | 0.00 | 0.00 | 12/12/2007 |
| 12/11/2007 | DEPOSIT MO | 5974 | 30.00 | 107.41 | 0.00 | 0.00 | 12/11/2007 |
| 12/10/2007 | DEPOSIT WU | WESTERN UNION 4828807902 | 75.00 | 77.41 | 0.00 | 0.00 | 12/10/2007 |
| 12/05/2007 | EPR | OID:100054866-ComisaryPur( | -33.75 | 2.41 | 0.00 | 0.00 | 12/05/2007 |
| 12/03/2007 | DEPOSIT WU | WESTERN UNION 3018764342 | 30.00 | 36.16 | 0.00 | 0.00 | 12/03/2007 |
| 11/28/2007 | EPR | OID:100053934-ComisaryPur( | -101.35 | 6.16 | 0.00 | 0.00 | 11/28/2007 |
| 11/26/2007 | <NEWSPAPER> | MONTH OF DECEMBER 07 | -19.20 | 107.51 | 0.00 | 0.00 | 11/26/2007 |
| 11/26/2007 | NEWSPAPER | MONTH OF DECEMBER 07 | 19.20 | 126.71 | 19.20 | 0.00 | 11/26/2007 |
| 11/26/2007 | DEPOSIT WU | WSTRN UNION 0551939200 | 100.00 | 126.71 | 0.00 | 0.00 | 11/26/2007 |
| 11/21/2007 | EPR | OID:100053213-ComisaryPur( | -96.43 | 26.71 | 0.00 | 0.00 | 11/21/2007 |
| 11/19/2007 | DEPOSIT MO | 5221 | 30.00 | 123.14 | 0.00 | 0.00 | 11/19/2007 |
| 11/19/2007 | DEPOSIT WU | WSTRN UNION 1910881751 | 70.00 | 93.14 | 0.00 | 0.00 | 11/19/2007 |
| 11/14/2007 | EPR | OID:100052080-ComisaryPur( | -58.65 | 23.14 | 0.00 | 0.00 | 11/14/2007 |
| 11/07/2007 | EPR | OID:100051097-ComisaryPur( | -50.05 | 81.79 | 0.00 | 0.00 | 11/07/2007 |
| 11/02/2007 | DEPOSIT WU | WESTERN UNION 6715839177 | 100.00 | 131.84 | 0.00 | 0.00 | 11/02/2007 |
| 10/31/2007 | EPR | OID:100050127-ComisaryPur( | -122.57 | 31.84 | 0.00 | 0.00 | 10/31/2007 |
| 10/29/2007 | DEPOSIT WU | WSTRN UNION 1758518373 | 75.00 | 154.41 | 0.00 | 0.00 | 10/29/2007 |
| 10/29/2007 | RES XFER IN | WSTRN UN 8432811088 FROM | 50.00 | 79.41 | 0.00 | 0.00 | 10/29/2007 |
| 10/24/2007 | EPR | OID:100049201-ComisaryPur( | -47.55 | 29.41 | 0.00 | 0.00 | 10/24/2007 |
| 10/22/2007 | DEPOSIT MO | 0766 | 75.00 | 76.96 | 0.00 | 0.00 | 10/22/2007 |
| 10/17/2007 | EPR | OID:100048194-ComisaryPur( | -81.50 | 1.96 | 0.00 | 0.00 | 10/17/2007 |
| 10/10/2007 | EPR | OID:100047252-ComisaryPur( | -75.98 | 83.46 | 0.00 | 0.00 | 10/10/2007 |
| 10/09/2007 | DEPOSIT WU | WSTRN UNION 8895923510 | 130.00 | 159.44 | 0.00 | 0.00 | 10/09/2007 |
| 10/03/2007 | EPR | OID:100046259-ComisaryPur( | -111.92 | 29.44 | 0.00 | 0.00 | 10/03/2007 |
| 10/01/2007 | DEPOSIT WU | WESTERN UNION 2176400516 | 140.00 | 141.36 | 0.00 | 0.00 | 10/01/2007 |
| 09/26/2007 | EPR | OID:100045286-ComisaryPur( | -110.00 | 1.36 | 0.00 | 0.00 | 09/26/2007 |
| 09/19/2007 | EPR | OID:100044364-ComisaryPur( | -124.70 | 111.36 | 0.00 | 0.00 | 09/19/2007 |
| 09/05/2007 | EPR | OID:100042374-ComisaryPur( | -91.63 | 236.06 | 0.00 | 0.00 | 09/05/2007 |
| 09/03/2007 | DEPOSIT WU | 1022913790 W/U | 200.00 | 327.69 | 0.00 | 0.00 | 09/03/2007 |
| 08/29/2007 | EPR | OID:100041540-ComisaryPur( | -124.62 | 127.69 | 0.00 | 0.00 | 08/29/2007 |
| 08/28/2007 | DEPOSIT WU | WESTERN UNION 4447935667 | 200.00 | 252.31 | 0.00 | 0.00 | 08/28/2007 |
| 08/27/2007 | DEPOSIT WU | 6812025358 W/U | 50.00 | 52.31 | 0.00 | 0.00 | 08/27/2007 |
| 08/24/2007 | <NEWSPAPER> | MONTH OF SEPT. 2007 | -19.20 | 2.31 | 0.00 | 0.00 | 08/24/2007 |
| 08/24/2007 | NEWSPAPER | MONTH OF SEPT. 2007 | 19.20 | 21.51 | 19.20 | 0.00 | 08/24/2007 |
| 08/22/2007 | EPR | OID:100040571-ComisaryPur( | -68.00 | 21.51 | 0.00 | 0.00 | 08/22/2007 |
| 08/20/2007 | DEPOSIT WU | WSTRN UNION 8030211090 | 50.00 | 89.51 | 0.00 | 0.00 | 08/20/2007 |
| 08/15/2007 | EPR | OID:100039657-ComisaryPur( | -68.10 | 39.51 | 0.00 | 0.00 | 08/15/2007 |
| 08/08/2007 | EPR | OID:100038696-ComisaryPur( | -63.13 | 107.61 | 0.00 | 0.00 | 08/08/2007 |
| 08/07/2007 | DEPOSIT WU | WESTERN UNION 6081777546 | 130.00 | 170.74 | 0.00 | 0.00 | 08/07/2007 |
| 08/06/2007 | HELD CHECK | 0017 | 40.00 | 40.74 | 0.00 | 0.00 | |
| 08/02/2007 | EPR | OID:100037910-ComisaryPur( | -50.78 | 0.74 | 0.00 | 40.00 | 08/02/2007 |
| 07/30/2007 | DEPOSIT WU | WSTRN UNION 8577025509 | 50.00 | 51.52 | 0.00 | 40.00 | 07/30/2007 |
| 07/23/2007 | HELD CHECK | 0017 | 40.00 | 1.52 | 0.00 | 40.00 | 08/06/2007 |
| 07/19/2007 | EPR | OID:100036137-ComisaryPur( | -80.51 | 1.52 | 0.00 | 0.00 | 07/19/2007 |
| 07/16/2007 | DEPOSIT WU | WESTERN UNION 3352786769 | 50.00 | 82.03 | 0.00 | 0.00 | 07/16/2007 |
| 07/12/2007 | EPR | OID:100035296-ComisaryPur( | -118.98 | 32.03 | 0.00 | 0.00 | 07/12/2007 |

```
                              Denver County Jail
                    ============================================
                              Resident Account Summary
                            Friday, June 02, 2023  @12:23
      =============================================================================
For DPD Number: 0000361908     GUERRA, STEPHEN EDDY
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 07/05/2007 | EPR | OID:100034378-ComisaryPur | -118.99 | 151.01 | 0.00 | 0.00 | 07/05/2007 |
| 07/02/2007 | DEPOSIT WU | WSTRN UNION 1678703842 | 100.00 | 270.00 | 0.00 | 0.00 | 07/02/2007 |
| 07/02/2007 | <PROCESS FE | Payment for PROCESSING FE | -30.00 | 170.00 | 0.00 | 0.00 | 07/02/2007 |
| 07/02/2007 | DEPOSIT WU | WSTRN UNION 8197360210 | 200.00 | 200.00 | 30.00 | 0.00 | 07/02/2007 |
| 06/16/2007 | ZERO RELEAS | RELEASE TRANSACTION | 0.00 | 0.00 | 30.00 | 0.00 | 06/16/2007 |
| 06/15/2007 | DEPOSIT CAS | BI | 0.00 | 0.00 | 30.00 | 0.00 | 06/15/2007 |
| 06/15/2007 | PROCESSING | ResMerge Service Initial | 30.00 | 0.00 | 30.00 | 0.00 | 06/15/2007 |
| 01/02/2007 | WITHDRAW CH | REL 0361908 | -6.96 | 0.00 | 0.00 | 0.00 | 01/02/2007 |
| 12/28/2006 | EPR | OID:100010776-ComisaryPur | -83.47 | 6.96 | 0.00 | 0.00 | 12/28/2006 |
| 12/26/2006 | DEPOSIT MO | 1518 | 50.00 | 90.43 | 0.00 | 0.00 | 12/26/2006 |
| 12/18/2006 | DEPOSIT MO | 6726 | 40.00 | 40.43 | 0.00 | 0.00 | 12/18/2006 |
| 12/14/2006 | EPR | OID:100009230-ComisaryPur | -74.40 | 0.43 | 0.00 | 0.00 | 12/14/2006 |
| 12/09/2006 | DEPOSIT MO | 6041 | 30.00 | 74.83 | 0.00 | 0.00 | 12/09/2006 |
| 12/07/2006 | EPR | OID:100008342-ComisaryPur | -29.40 | 44.83 | 0.00 | 0.00 | 12/07/2006 |
| 12/02/2006 | DEPOSIT MO | 3917 | 70.00 | 74.23 | 0.00 | 0.00 | 12/02/2006 |
| 11/30/2006 | EPR | OID:100007521-ComisaryPur | -76.03 | 4.23 | 0.00 | 0.00 | 11/30/2006 |
| 11/21/2006 | WITHDRAW CH | M/R 0361908 | -60.00 | 80.26 | 0.00 | 0.00 | 11/21/2006 |
| 11/20/2006 | DEPOSIT MO | 0088 | 140.00 | 140.26 | 0.00 | 0.00 | 11/20/2006 |
| 11/16/2006 | EPR | OID:100005867-ComisaryPur | -74.41 | 0.26 | 0.00 | 0.00 | 11/16/2006 |
| 11/15/2006 | WITHDRAW CH | M/R 361908 | -60.00 | 74.67 | 0.00 | 0.00 | 11/15/2006 |
| 11/09/2006 | EPR | OID:100005040-ComisaryPur | -85.80 | 134.67 | 0.00 | 0.00 | 11/09/2006 |
| 11/06/2006 | DEPOSIT MO | 2771 | 130.00 | 220.47 | 0.00 | 0.00 | 11/06/2006 |
| 11/06/2006 | DEPOSIT MO | 5122 | 50.00 | 90.47 | 0.00 | 0.00 | 11/06/2006 |
| 10/30/2006 | WITHDRAW CH | M/R TO WINDI WATKINS | -60.00 | 40.47 | 0.00 | 0.00 | 10/30/2006 |
| 10/30/2006 | WITHDRAW CH | VOID-M/R TO WENDY WATKINS | 60.00 | 100.47 | 0.00 | 0.00 | 10/30/2006 |
| 10/30/2006 | WITHDRAW CH | M/R TO WENDY WATKINS | -60.00 | 40.47 | 0.00 | 0.00 | 10/30/2006 |
| 10/26/2006 | EPR | OID:100003436-ComisaryPur | -61.54 | 100.47 | 0.00 | 0.00 | 10/26/2006 |
| 10/23/2006 | WITHDRAW CH | M/R 0361908 | -100.00 | 162.01 | 0.00 | 0.00 | 10/23/2006 |
| 10/19/2006 | EPR | OID:100002627-ComisaryPur | -75.80 | 262.01 | 0.00 | 0.00 | 10/19/2006 |
| 10/17/2006 | DEPOSIT WU | 3195883800 WESTERN UNION | 75.00 | 337.81 | 0.00 | 0.00 | 10/17/2006 |
| 10/12/2006 | EPR | OID:100001838-ComisaryPur | -66.82 | 262.81 | 0.00 | 0.00 | 10/12/2006 |
| 10/05/2006 | EPR | OID:100000991-ComisaryPur | -68.62 | 329.63 | 0.00 | 0.00 | 10/05/2006 |
| 10/03/2006 | DEPOSIT CAS | WSTRN UNION 8295314623 | 300.00 | 398.25 | 0.00 | 0.00 | 10/03/2006 |
| 09/28/2006 | SALE | -KEEFE CONVERSION- 604185 | -79.61 | 98.25 | 0.00 | 0.00 | 09/28/2006 |
| 09/26/2006 | Deposit | -KEEFE CONVERSION- 150258 | 75.00 | 177.86 | 0.00 | 0.00 | 09/26/2006 |
| 09/21/2006 | SALE | -KEEFE CONVERSION- 603443 | -64.80 | 102.86 | 0.00 | 0.00 | 09/21/2006 |
| 09/14/2006 | SALE | -KEEFE CONVERSION- 602599 | -36.46 | 167.66 | 0.00 | 0.00 | 09/14/2006 |
| 09/12/2006 | Deposit | -KEEFE CONVERSION- 372687 | 75.00 | 204.12 | 0.00 | 0.00 | 09/12/2006 |
| 09/07/2006 | SALE | -KEEFE CONVERSION- 601735 | -72.17 | 129.12 | 0.00 | 0.00 | 09/07/2006 |
| 08/31/2006 | Deposit | -KEEFE CONVERSION- west/u | 190.00 | 201.29 | 0.00 | 0.00 | 08/31/2006 |
| 08/31/2006 | SALE | -KEEFE CONVERSION- 600873 | -76.02 | 11.29 | 0.00 | 0.00 | 08/31/2006 |
| 08/29/2006 | Deposit | -KEEFE CONVERSION- 760567 | 75.00 | 87.31 | 0.00 | 0.00 | 08/29/2006 |
| 08/24/2006 | SALE | -KEEFE CONVERSION- 600064 | -51.97 | 12.31 | 0.00 | 0.00 | 08/24/2006 |
| 08/22/2006 | Deposit | -KEEFE CONVERSION- west/u | 50.00 | 64.28 | 0.00 | 0.00 | 08/22/2006 |
| 08/17/2006 | SALE | -KEEFE CONVERSION- 599275 | -114.75 | 14.28 | 0.00 | 0.00 | 08/17/2006 |
| 08/15/2006 | Deposit | -KEEFE CONVERSION- 952099 | 50.00 | 129.03 | 0.00 | 0.00 | 08/15/2006 |
| 08/14/2006 | Deposit | -KEEFE CONVERSION- 083666 | 50.00 | 79.03 | 0.00 | 0.00 | 08/14/2006 |
| 08/08/2006 | Withdrawal | -KEEFE CONVERSION- Proces | -28.80 | 29.03 | 0.00 | 0.00 | 08/08/2006 |
| 08/08/2006 | Withdrawal | -KEEFE CONVERSION- Proces | -17.17 | 57.83 | 0.00 | 0.00 | 08/08/2006 |
| 08/08/2006 | Deposit | -KEEFE CONVERSION- 964692 | 75.00 | 75.00 | 0.00 | 0.00 | 08/08/2006 |
| 08/07/2006 | Deposit | -KEEFE CONVERSION- Import | 0.00 | 0.00 | 0.00 | 0.00 | 08/07/2006 |
| 08/07/2006 | Withdrawal | -KEEFE CONVERSION- Proces | -1.20 | 0.00 | 0.00 | 0.00 | 08/07/2006 |
| 08/07/2006 | Deposit | -KEEFE CONVERSION- Initia | 1.20 | 1.20 | 0.00 | 0.00 | 08/07/2006 |
| 09/30/2005 | Withdrawal | -KEEFE CONVERSION- Release | 0.00 | 0.00 | 0.00 | 0.00 | 09/30/2005 |
| 09/28/2005 | Withdrawal | -KEEFE CONVERSION- Proces | -12.83 | 0.00 | 0.00 | 0.00 | 09/28/2005 |
| 09/28/2005 | Deposit | -KEEFE CONVERSION- Initia | 12.83 | 12.83 | 0.00 | 0.00 | 09/28/2005 |

Page 5

THIS IS A TRUE AND CERTIFIED COPY OF A DENVER SHERIFF DEPARTMENT RECORD

APPROVED BY D/S Byrd
ID # S16067
DATE 6/2/2023

Stephen E Guerra #3604908
Denver Sheriff Department
P.O. Box 1108
Denver, CO 80201

Legal Mail

DENVER CO 802
5 JUN 2023 PM 3

Office of the Clerk
United States District Court
901 19th Street Room A105
Denver Colo 80294-3589

US POSTAGE — PITNEY BOWES
ZIP 80204
02 4W
0000345735 JUN 05 2023
$ 000.84⁰